# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Lexington Division**

| | | |
|---|---|---|
| Thomas and Anna Sims<br>　　*Plaintiffs* | ) ) ) | |
| v. | ) ) | Case No.  5:17-cv-00391-JMH |
| Experian Information Solutions, Inc. *et al.*<br>　　*Defendants* | ) ) ) ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Thomas Sims and Anna Sims and Defendant Equifax Information Services, LLC hereby jointly request that this Court dismiss with prejudice Plaintiffs' claims against Defendant in the above-styled action. Except as otherwise agreed, the parties shall each bear their own costs, expenses, and attorney's fees. This stipulation does not affect, and is not intended to affect, Plaintiffs' claims against any other Defendant in this action.

HAVE SEEN AND APPROVED:

/s/ James H. Lawson　　　　　　　　　　　/s/ John M. Williams (by permission)
**James H. Lawson**　　　　　　　　　　　　**John M. Williams**
*Lawson at Law, PLLC*　　　　　　　　　　*Williams, Kilpatrick & True, PLLC*
115 S. Sherrin Avenue, Suite 5　　　　　　3151 Beaumont Centre Circle, Suite 375
Louisville, KY 40207　　　　　　　　　　　Lexington, KY 40513
Tel:　(502) 473-6525　　　　　　　　　　Tel:　(859) 245-1059
Fax:　(502) 473-6561　　　　　　　　　　Fax:　(859) 245-1231
james@kyconsumerlaw.com　　　　　　　williams@wktlaw.com
*Counsel for Plaintiffs*　　　　　　　　　　*Counsel for Defendant*
*Thomas and Anna Sims*　　　　　　　　　*Equifax Information Services, LLC*

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5

1

Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiffs*
*Thomas and Anna Sims*