# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Lexington Division**

| | |
|---|---|
| Thomas and Anna Sims )<br>   *Plaintiffs* )<br>)<br>v. )<br>)<br>Experian Information Solutions, Inc. *et al.* )<br>   *Defendants* )<br>_____) | Case No. 5:17-cv-00391-JMH |

### NOTICE OF SETTLEMENT AS TO DEFENDANT
### NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MORTGAGE SERVICING

Please take notice that Plaintiffs, Thomas and Anna Sims, have reached a settlement with Defendant New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing. Once the settlement is final, the parties will file a joint dismissal with prejudice. This Notices does not affect, and is not intended to affect, Plaintiffs' claims against any other Defendant in this action.

Respectfully submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@kyconsumerlaw.com
*Counsel for Plaintiffs*
*Thomas and Anna Sims*

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309

E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiffs*
*Thomas and Anna Sims*

## CERTIFICATE OF SERVICE

 This is to certify that I filed the foregoing via the Court's CM/ECF system on this 17th day of July, 2018, which will send a Notice of Electronic Filing to all counsel of record.

/s/ James H. Lawson
*Counsel for Plaintiffs*
*Thomas and Anna Sims*