# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Lexington Division**

| | | |
|---|---|---|
| Thomas and Anna Sims | ) | |
| *Plaintiffs* | ) | |
| | ) | |
| v. | ) | Case No.  5:17-cv-00391-JMH |
| | ) | |
| Experian Information Solutions, Inc. *et al.* | ) | |
| *Defendants* | ) | |
| | ) | |

### NOTICE OF SETTLEMENT AS TO DEFENDANT
### EXPERIAN INFORMATION SOLUTIONS, INC.

Please take notice that Plaintiffs, Thomas and Anna Sims, have reached a settlement with

Defendant Experian Information Solutions, Inc. Once the settlement is final, the parties will file

a joint dismissal with prejudice.

Respectfully submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@kyconsumerlaw.com
*Counsel for Plaintiffs*
*Thomas and Anna Sims*

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiffs*
*Thomas and Anna Sims*

## CERTIFICATE OF SERVICE

This is to certify that I filed the foregoing via the Court's CM/ECF system on this 6th day of June, 2018, which will send a Notice of Electronic Filing to all counsel of record.

/s/ James H. Lawson
*Counsel for Plaintiffs*
*Thomas and Anna Sims*