# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Lexington Division**

| | |
|---|---|
| Thomas and Anna Sims            ) | |
|     *Plaintiffs*            ) | |
|                            ) | |
| v.            ) | Case No.  5:17-cv-00391-JMH |
|                            ) | |
| Experian Information Solutions, Inc. *et al.*   ) | |
|     *Defendants*            ) | |
| _____) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Thomas Sims and Anna Sims and Defendant Experian Information Solutions, Inc. hereby jointly request that this Court dismiss with prejudice Plaintiffs' claims against Defendant in the above-styled action. Except as otherwise agreed, the parties shall each bear their own costs, expenses, and attorney's fees. This stipulation does not affect, and is not intended to affect, Plaintiffs' claims against any other Defendant in this action.

HAVE SEEN AND APPROVED:

| | |
|---|---|
| /s/ James H. Lawson | /s/ Patrick J. Beisell (by permission) |
| **James H. Lawson** | **Patrick J. Beisell** |
| *Lawson at Law, PLLC* | *Jones Day* |
| 115 S. Sherrin Avenue, Suite 5 | 77 W. Wacker |
| Louisville, KY 40207 | Chicago, IL 60601 |
| Tel:    (502) 473-6525 | Tel:    (312) 782-3939 |
| Fax:   (502) 473-6561 | pbeisell@jonesday.com |
| james@kyconsumerlaw.com | *Counsel for Defendant* |
| *Counsel for Plaintiffs* | *Experian Information Solutions, Inc.* |
| *Thomas and Anna Sims* | |

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5

Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiffs*
*Thomas and Anna Sims*