# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Lexington Division**

| | |
|---|---|
| Thomas and Anna Sims ) | |
|     *Plaintiffs* ) | |
| ) | |
| v. ) | Case No.  5:17-cv-00391-JMH |
| ) | |
| Experian Information Solutions, Inc. *et al.* ) | |
|     *Defendants* ) | |
| ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MORTGAGE SERVICING

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Thomas Sims and Anna Sims and Defendant New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing hereby jointly request that this Court dismiss with prejudice Plaintiffs' claims against Defendant in the above-styled action. Except as otherwise agreed, the parties shall each bear their own costs, expenses, and attorney's fees.

HAVE SEEN AND APPROVED:

| | |
|---|---|
| /s/ James H. Lawson | /s/ Shannon O'Connell Egan (by permission) |
| **James H. Lawson** | **Shannon O'Connell Egan** |
| *Lawson at Law, PLLC* | *Graydon Head & Ritchey LLP* |
| 115 S. Sherrin Avenue, Suite 5 | 2400 Chamber Center Drive |
| Louisville, KY 40207 | Ft. Mitchell, KY 41017 |
| Tel:    (502) 473-6525 | Tel:    (859) 578-7261 |
| Fax:   (502) 473-6561 | Fax:   (859) 525-0214 |
| james@kyconsumerlaw.com | segan@graydon.law |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |
| *Thomas and Anna Sims* | *New Penn Financial, LLC d/b/a* |
| | *Shellpoint Mortgage Servicing* |
| James R. McKenzie | |
| *James R. McKenzie Attorney, PLLC* | Jeffrey M. Hendricks |
| 115 S. Sherrin Avenue, Suite 5 | *Graydon Head & Ritchey LLP* |
| Louisville, KY 40207 | 312 Walnut Street, Suite 1800 |

Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiffs*
*Thomas and Anna Sims*

Cincinnati, OH 45202
Tel: (513) 621-6464
Fax: (513) 651-3836
jhendricks@graydon.law
*Counsel for Defendant*
*New Penn Financial, LLC d/b/a*
*Shellpoint Mortgage Servicing*