UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | | |
|---|---|---|
| THOMAS SIMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil No. 5:17-391-JMH |
| | ) | |
| V. | ) | |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | ) ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiffs Thomas and Anna Sims and Defendants Experian Information Solutions, Inc., and New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, having jointly stipulated [DE 41, 42] that this case be dismissed without prejudice as to all claims against these defendants, as evidenced by the signatures of counsel for the parties, and the court being sufficiently advised, **IT IS ORDERED** that Plaintiffs Thomas and Anna Sims' claims against Defendants Experian Information Solutions, Inc., and New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and attorney's fees.

It is further ordered that the Clerk shall **STRIKE THIS MATTER FROM THE ACTIVE DOCKET** as all claims have been resolved.

This the 19th day of September, 2018.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge